NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1016

DEERE & COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

BOURDEAU BROTHERS, INC., OK ENTERPRISES,
and SUNOVA IMPLEMENT CO.,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-487.

ON MOTION

Before GAJARSA, Circuit Judge.

## ORDER

Deere & Company moves for a 10-day extension of time, until October 1, 2009, to file its reply brief. Deere states that the International Trade Commission and Bourdeau Brothers, Inc. et al. consent.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Bassam N. Ibrahim, Esq.
        Mark B. Rees, Esq.
        David P. Miranda, Esq.

s17


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK

2009-1016                                    2